# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAMASO S. PUENTE, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF DAMASO I. PUENTE; MARIA PUENTE; DANIEL MALONE; DIANE MALONE, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF CHRISTA PUENTE,
Appellants,
vs.
DAVE & BUSTER'S OF NEVADA, INC., D/B/A DAVE & BUSTER'S,
Respondent.

No. 82554

FILED

AUG 2 3 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Mary Kay Holthus, District Judge
James A. Kohl, Settlement Judge
Christensen Law Offices, LLC
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
Tanner Law & Strategy Group, Ltd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-26316